PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
NORMA JEAN KING

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NORMA JEAN KING, | Case No.: CV 09-08742 JCG |
| Plaintiff, | |
| v. | ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, | |
| Defendant. | Magistrate Judge: Jay C. Gandhi |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of Three Thousand Eight Hundred and 00/100 Dollars ($3,800.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Eighty Eight and 67/100 Dollars ($88.67), pursuant to 28 U.S.C. §[§ 1920,] 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: October 14, 2001

_____
UNITED STATES MAGISTRATE JUDGE